Richard J. Babnick Jr., Esq.
Owen A. Kloter, Esq.
SICHENZIA ROSS FERENCE LLP
1185 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: (212) 930-9700
Facsimile: (212) 390-9725
Email: rbabnick@srf.law
okloter@srf.law

*Counsel to Murchinson Ltd.,*
*Nomis Bay Ltd., and BPY Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| ELETSON HOLDINGS, INC., *et al.,* | Case No. 23-10322 (JPM) |
| Debtors. | |

-----------------------------------------------------------------X

| | |
|---|---|
| ELETSON HOLDINGS, INC., ELETSON FINANCE (US) LLC, and AGATHONISSOS FINANCE LLC, | |
| Plaintiffs, | Adv. Proc. No. _____ |
| -against- | **CORPORATE** <br> **OWNERSHIP STATEMENT** |
| MURCHINSON LTD., NOMIS BAY LTD., BPY LIMITED, AND JOHN DOES | |
| Defendants. | |

-----------------------------------------------------------------X

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Murchinson Ltd., Nomis Bay Ltd., and BPY Limited make the following disclosures:

- Murchinson Ltd. certifies that it is wholly owned by Saline Capital Corporation, and no publicly held corporation owns more than 10% of the stock Murchinson Ltd. or its parent corporation.

- Nomis Bay Ltd. certifies that it is a mutual fund company incorporated under the laws of Bermuda and no publicly held corporation owns 10% or more of its stock.

- BPY Limited certifies that it is a mutual fund company incorporated under the laws of Bermuda and no publicly held corporation owns 10% or more of its stock.

Dated: June 14, 2023

SICHENZIA ROSS FERENCE LLP

*/s/ Owen A. Kloter*
Owen A. Kloter, Esq.
Richard J. Babnick Jr., Esq.
1185 Avenue of the Americas, 31st Floor
New York, NY 10036
T: (212) 930-9700
F: (212) 930-9725
Email: okloter@srf.law
rbabnick@srf.law

*Attorneys for Defendants Murchinson Ltd., Nomis Bay Ltd., and BPY Limited*