CLOSED,BKREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:23–cv–05024–VSB
*Internal Use Only*

| | |
|---|---|
| Eleston Holdings, Inc. et al v. Murchinson Ltd. et al | Date Filed: 06/14/2023 |
| Assigned to: Judge Vernon S. Broderick | Date Terminated: 06/16/2023 |
| Case in other court: Supreme Court of New York, New York County, 651956/2023 | Jury Demand: None |
| | Nature of Suit: 150 Contract: Recovery/Enforcement |
| Cause: M 47 Bankruptcy Cases – Before Appeal Filed | Jurisdiction: Diversity |

**Plaintiff**

**Eleston Holdings, Inc.**

**Plaintiff**

**Eletson Finance (US) LLC**

**Plaintiff**

**Agathonissos Finance LLC**

V.

**Defendant**

**Murchinson Ltd.**    represented by    **Owen Andrew Kloter**
Sichenzia Ross Ference LLP
1185 Avenue of the Americas
Ste 31st Floor
New York, NY 10036
212–981–6774
Email: okloter@srf.law
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nomis Bay Ltd.**    represented by    **Owen Andrew Kloter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BPY Limited**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2023 | 1 | **FILING ERROR DEFICIENT PLEADING – PDF ERROR –** NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 651956/2023. (Filing Fee $ 402.00, Receipt Number ANYSDC–27875652).Document filed by Murchinson Ltd., Nomis Bay Ltd.. (Attachments: # 1 Exhibit A – NYS Complaint and Exhibits, # 2 Exhibit B – Bankruptcy Docket).(Kloter, Owen) Modified on 6/15/2023 (jgo). (Entered: 06/14/2023) |
| 06/14/2023 | 2 | CIVIL COVER SHEET filed..(Kloter, Owen) (Entered: 06/14/2023) |
| 06/14/2023 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Saline Capital Corporation for Murchinson Ltd.. Document filed by Murchinson Ltd., Nomis Bay Ltd...(Kloter, Owen) (Entered: 06/14/2023) |
| 06/15/2023 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Owen Andrew Kloter to RE–FILE Document No. 1 Notice of |

| | | |
|---|---|---|
| | | **Removal,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the pleading is titled for another Court. Re–file the pleading using the event type Notice of Removal found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. If the deficiency/deficiencies are not corrected within five (5) days per Amended Standing Order 15–mc–00131 this case will be administratively closed. Initial Pleading due by 6/20/2023. (jgo)** (Entered: 06/15/2023) |
| 06/15/2023 | 4 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 651956/2023. (Filing Fee $ 402.00, Receipt Number ANYSDC–27878601).Document filed by Murchinson Ltd., Nomis Bay Ltd.. (Attachments: # 1 Exhibit A – NYS Court Complaint and Exhibits, # 2 Exhibit B – Bankruptcy Docket).(Kloter, Owen) (Entered: 06/15/2023) |
| 06/16/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(gp) (Entered: 06/16/2023) |
| 06/16/2023 | | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (gp) (Entered: 06/16/2023) |
| 06/16/2023 | | Case Designated ECF. (gp) (Entered: 06/16/2023) |
| 06/16/2023 | 5 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 23–10322 (JPM). Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12–mc–00032 (M–10–468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (gp) (Entered: 06/16/2023) |
| 06/16/2023 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York..(gp) (Entered: 06/16/2023) |