# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Eletson Holdings Inc.                                    Bankruptcy Case No.: 23–10322–jpm

Eleston Holdings, Inc.
Eletson Finance (US) LLC
Agathonissos Finance LLC

                                    Plaintiff(s),

–against–                                                  Adversary Proceeding No. 23–01132–jpm

Murchinson Ltd.
Nomis Bay Ltd.
BPY Limited

                                    Defendant(s)

## NOTICE OF PRE–TRIAL CONFERENCE FOR A REMOVED MATTER

On June 16, 2023, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre–trial conference for this adversary proceeding will be held on 8/2/23 at 09:30 AM in Courtroom Courtroom 501 (DSJ), One Bowling Green, New York, NY 10004.

Dated: June 16, 2023                          /s/ Vito Genna

                                              *Clerk of the Court*