UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                          Chapter 7

Eletson Holdings, Inc., *et al.*                 Case No. 23-10322 (JPM)

          Alleged Debtors.


----------------------------------------------------------------x
Eletson Holdings, Inc., Eletson Finance (US) LLC,    Adversary Proceeding
Agathonissos Finance LLC,
                                                     No. 23-01132-JPM
          Plaintiffs,
v.                                                   **<u>NOTICE OF APPEARANCE</u>**

Murchinson Ltd., Nomis Bay Ltd., BPY Limited,

          Defendants.
----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned hereby appear as co-counsel in the

above-captioned Adversary Proceeding on behalf of Adversary Proceeding Defendants

Murchinson Ltd., Nomis Bay Ltd., and BPY Limited, and demands that all papers in this action

be served upon the undersigned at the address stated below.

Dated:  July 21, 2023

                    Respectfully submitted,

                    SICHENZIA ROSS FERENCE LLP

                    */s Richard J. Babnick Jr.*
                    Richard J. Babnick Jr.
                    1185 Avenue of the Americas, 31st Floor
                    New York, NY 10036
                    (212) 930-9700
                    rbabnick@srf,law

                    *Attorneys for Adversary Proceeding Defendants*
                    *Murchinson Ltd., Nomis Bay Ltd., and BPY Limited*

TO:    Louis M. Solomon, Esq.  *(Via Email and ECF)*
       REED SMITH LLP
       599 Lexington Avenue, 22nd Floor
       New York, New York 10022
       lsolomon@reedsmith.com

*Attorneys for Adversary Proceeding Plaintiffs Eletson Holdings, Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC.*